EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2018 TSPR 110<br><br>200 DPR ____ |

Número del Caso:  EC-2016-01


Fecha: 8 de mayo de 2018


Materia:  Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comisión para el Estudio y       **Núm.** EC-2016-01
Evaluación de la Función
Notarial en Puerto Rico

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de mayo de 2018.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), con la encomienda de actualizar las recomendaciones contenidas en el *Informe de la Comisión para el Estudio y Evaluación de la Función Notarial de 2010*. Para completar esta encomienda se otorgó un término de seis (6) meses. In re Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico, EC-2016-01, Resolución de 14 de diciembre de 2016, 197 DPR 1 (2016).

Por conducto de su Presidente y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 22 de noviembre de 2017, la Comisión Notarial presentó una moción para la extensión del término originalmente concedido. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la interrupción de los trabajos provocada por los huracanes Irma y María y las complicaciones que este último fenómeno atmosférico ocasionó al calendario de trabajo de la Comisión Notarial y de cada miembro en su carácter individual.

También se detalló la complejidad de los temas objeto de estudio y discusión. La Comisión Notarial incluyó un recuento preciso de los trabajos realizados hasta el momento y el calendario para atender las gestiones aún pendientes. Igualmente reiteró su interés y compromiso genuino de cumplir con sus encomiendas a satisfacción de este Tribunal.

En ese entonces, mediante resolución de 29 de diciembre de 2017 le concedimos la extensión solicitada.

El 2 de mayo de 2018, la Comisión Notarial compareció una vez más mediante *Moción de Extensión del Término para el Cumplimiento de Encomienda*, y solicitó un término adicional al previamente concedido.

Examinada la petición presentada y, en atención a la complejidad de los trabajos en proceso, extendemos el término según lo solicitado hasta el 30 de noviembre de 2018.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros de la Comisión Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo